2000 OK JUD ETH 5

**JUDICIAL ETHICS OPINION 2000–5.**

Oklahoma Judicial Ethics Advisory Panel.

Aug. 23, 2000.

---

¶ 0 QUESTION 1: If a municipal judge files for election to a non-judicial position, should the municipal judge first resign the judicial position?

WE ANSWER: YES.

¶ 1 **Application of the Code of Judicial Conduct D:**

"**PERIODIC PART–TIME JUDGE.** A periodic part-time judge is a municipal judge who serves on a continuing or periodic basis but is permitted by law to devote time to some other profession or occupation and whose compensation for that reason is less than that of a full-time judge."

**Canon 5A(2):** "A judge should resign from judicial office upon becoming a candidate for a non-judicial office either in a primary or in a general election...."

¶ 2 Paragraph D under Application of the Code clearly defines a periodic part-time judge and leaves no doubt that this includes a municipal judge. Paragraph D lists numerous Canons with which a periodic part-time judge is not required to comply; however, Canon 5A(2), quoted above, is not one of them. A municipal judge upon filing for a non-judicial office must resign from his or her judicial position.

¶ 3 /s/ Robert L. Bailey
ROBERT L. BAILEY, Chairman
¶ 4 /s/ Robert A. Layden
ROBERT A. LAYDEN, Vice–Chairman
¶ 5 /s/ Milton C. Craig
MILTON C. CRAIG, Secretary